

# NUMBER 13-26-00038-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CONSTANCE BENAVIDES A/K/A
CONSTANCE CHAMBERLAIN,                                    Appellant,

v.

BORAIN CAPITAL FUND-III, LLC,                              Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This cause is before the Court on its own motion. On February 10, 2026, the Clerk of the Court notified the trial court clerk that the clerk's record was late. *See* TEX. R. APP. P. 37.3(a)(1). Also on February 10, 2026, the Clerk advised appellant by letter that she failed to complete and return the docketing statement. *See id.* R. 32.1. On March 13,

2026, we ordered appellant to advise this Court within ten days whether she has paid the clerk's fee for preparation of the clerk's record, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee; otherwise, the appeal will be dismissed for want of prosecution. *See id.* R. 35.3(a)(2), 42.3(b). We further advised appellant that, if the docketing statement is not filed within ten days, the appeal will be dismissed for want of prosecution and for failure to comply with a requirement of the Texas Rules of Appellate Procedure. *See id.* R. 32.1, 42.3(b), (c).

More than ten days have elapsed since the entry of the March 13, 2026 order, and appellant: (1) has not filed the docketing statement; and (2) has not advised this Court whether she has paid the fee for preparation of the clerk's record, has made satisfactory arrangements to pay the fee, or is entitled to appeal without paying the fee.[1] Accordingly, we hereby dismiss the appeal for want of prosecution, for failure to comply with a requirement of the Texas Rules of Appellate Procedure, and for failure to comply with a court order. *See id.* R. 32.1, 42.3(b), (c).

YSMAEL D. FONSECA
Justice

Delivered and filed on the
9th day of April, 2026.

---

[1] On March 23, 2026, the trial court clerk advised this Court that appellant has not paid the fee or made arrangements to pay the fee.

2